UNITED STATE DISTRICT COURT OF THE STATE OF NEW YORK
EASTERN DISTRICT OF NEW YORK

Jekielek & Janis LLP
153 W 27th St #204
New York, NY 10001

**Plaintiff / Petitioner:**

Joe Hand Promotions, Inc.,

**Defendant / Respondent:**

Eddie Jr.'s Sports Lounge, Inc. d/b/a Eddie Jr.'s Sports Lounge and Hugo Garcia,

**AFFIDAVIT OF SERVICE**

**Index No:**
1:22-cv-07100

**Date Filed: 11/21/2022**

State of New York, County of Kings  ) ss.:

The undersigned being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides in The State of New York.   That on Thursday, December 22, 2022 AT 12:11 PM AT 567 HART STREET, FLOOR 2, BROOKLYN, NY 11221, dwelling place / usual place of abode, deponent served the within Summons In a Civil Action and Complaint on Hugo Garcia,

☐ **Individual:** by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant therein.

☐ **Corporation:** _____ a defendant, therein named, by delivering a true copy of each to _____ personally, deponent knew said corporation so served to be the corporation described, and knew said individual to be _____ thereof.

☒ **Suitable Person:** a defendant therein named, by delivering thereat, a true copy of each to BRANDON GARCIA, Son of Defendant, a person of suitable age and discretion.

☐ **Affixing to Door:** by affixing a true copy of each to the door thereof, deponent was unable with due diligence to find defendant, or a person of suitable age or discretion thereat, having called thereon; at

☒ **Mailing:** Deponent also caused to be enclosed a copy of same, in a postpaid sealed wrapper properly addressed to said defendant at defendant's last known residence, 567 HART STREET, FLOOR 2, BROOKLYN, NY 11221, and depositing said wrapper in a post office, official depository under the exclusive care and custody of the United States Post Office, department, with New York State. The wrapper bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the Defendant. Mailed on December 22, 2022.

☒ **Military Service:** I asked the person spoken to whether defendant was in active military service of the United States or of the State of New York in any capacity whatever and received a negative reply. Recipient *wore ordinary civilian clothes and no military uniform.* The source of my information and the ground of my belief are the conversations and observations above narrated. Upon information and belief I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes.

**Description of person served:**

Age: 25-35        Ethnicity: BROWN SKIN                Gender: Male            Weight: 161-200 lbs
Height: 5'10"        Hair: Black            Eyes: Glasses                Relationship: _____
Other: Beard

Subscribed and sworn
to before me by the affiant who
is personally known to me on        01/04/2023

*D. Morant*

DWIGHT MORANT
LIC#2018133-DCA
PEAK PROCESS SERVERS, INC.
DCA Lic# 2079779-DCA
48 Davis Avenue, Port Washington NY 11050
Tel: 516.822.7070

JEREMY E. STEPHENS
Notary Public, State of New York
No. 02ST5060541
Qualified in Nassau County
Commission Expires May 20, 2026

JEREMY E STEPHENS
Notary Public, State of New York
No. 02ST5060541
Qualified in Nassau County
Commission Expires May 20, 2016