**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

Joe Hand Promotions INC.

_____

_____

**NAME OF PLAINTIFF(S)**

v.

Hugo Garcia

_____

_____

**NAME OF DEFENDANT(S)**

**ANSWER**

22 CV 7100 (EK) (CLP)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★  MAR 19 2024  ★

BROOKLYN OFFICE

REC'D IN PRO SE OFFICE
MAR 19 '24 PM12:26

**I**
**ADMISSIONS AND DENIALS**

1. The defendants admits he is part owner of Eddie Jr's Sports Lounge Inc. in Brooklyn, NY. The defendant does not know whether the imforation of complaint is true or flase.

2. The defendant agrees that his princial place of business is in Kings county New York.

3. 

4. The defendant lacks sufficient knowledge or information to determine the truth of the allegations in the compalint

**II**
**DEFENSES**

1. recall a small clip of poor quailty as evidence

2. There was another fight of the night which couldve been a mistake

1. Plantiff is a promotion company in Pennsylvania, USA

2. on Nov. 23, 2019 alleges Eddie Jr's of showing a PPV fight at 40 MARcy Ave Brclyn NY 11221

3. As of the alleged PPV fight is suing Hugo Gavera + Eddie Jr's for event, legal fees etc... of over $25,000-

4.

~~WHEREFORE defendant demands judgment against plaintiff in the sum of $40,000.~~

Signed this 20TH day of MARch , 20 24 .

Signature of Defendant _____

Address 567 HART ST.

Bklyn NY 11221

Telephone Number 917 440 2240