```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------x

 JOE HAND PROMOTIONS, INC.,

                        Plaintiff,                **MEMORANDUM & ORDER**
                                                  22-CV-7100(EK)(CLP)
            -against-

 EDDIE JR.'S SPORTS LOUNGE, INC.,
 d/b/a EDDIE JR'.'S SPORTS LOUNGE, and
 HUGO GARCIA,

                        Defendants.

---------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        The court has received Magistrate Judge Pollak's's Report and Recommendation (R&R) dated March 6, 2024.  ECF No. 12.  Judge Pollak recommends that I grant the plaintiff's motion for default judgment and for attorney's fees and costs.  Neither party has filed objections and the time to do so has expired.  Accordingly, the court reviews Judge Pollak's recommendation for clear error on the face of the record.  *See* Fed. R. Civ. P. 72(b) advisory committee's note to 1983 addition; *accord* S*tate Farm Mut. Auto. Ins. Co. v. Grafman*, 968 F. Supp. 2d 480, 481 (E.D.N.Y. 2013).

        Having reviewed the record, I find no error and therefore adopt the R&R in its entirety.  Thus, the motion for default judgment is granted and plaintiff is awarded $7,798.96 in statutory damages, $15,597.92 in enhanced damages, $1,645.00

in fees, and $557 in litigation costs, for a total award of $25,598.88, plus post-judgment interest at the statutory rate. The Clerk of Court is respectfully directed to enter default judgment for the plaintiff and to close the case.

SO ORDERED.

       /s/ Eric Komitee
ERIC KOMITEE
United States District Judge

Dated:    March 25, 2024
            Brooklyn, New York